IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOYOTA MOTOR SALES, U.S.A., INC., <br><br>　　　　Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　Defendants. | Case No. 23-cv-05874<br><br>**Judge Jeremy C. Daniel**<br><br>**Magistrate Judge M. David Weisman** |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Toyota Motor Sales, U.S.A., Inc.'s ("Toyota" or "Plaintiff") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the fully interactive e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases").

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products using infringing and counterfeit versions of the federally registered Toyota trademarks (the "TOYOTA Trademarks"). A list of TOYOTA Trademarks is included in the below chart.

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

| Registration No. | Trademark |
|---|---|
| 1,797,716 | (Toyota logo) |
| 843,138<br>1,589,552<br>1,721,365<br>2,115,623 | TOYOTA |
| 1,262,925 | CAMRY |
| 5,256,854 | C-HR |
| 867,434 | COROLLA |
| 2,249,838 | HIGHLANDER |
| 2,590,587 | LAND CRUISER |
| 2,485,614 | PRIUS |
| 2,171,261 | RAV4 |
| 1,854,126 | 4RUNNER |
| 2,462,106 | SEQUOIA |
| 2,145,102 | SIENNA |
| 5,932,399 | SUPRA |
| 2,650,486 | TACOMA |
| 3,247,860 | TUNDRA |
| 3,159,930 | YARIS |
| 2,823,668 | TRD |
| 1,574,718<br>5,810,473 | LEXUS |
| 1,834,147 | (Lexus logo) |

2

| | |
|---|---|
| 2,852,290 | LEXUS (logo) |
| 3,805,350 | LEXUS (logo) |
| 5,803,480 | L (stylized logo) |
| 5,868,865 | CRAFTED FOR LEXUS |
| 6,938,649 | (Toyota/Lexus branded packaging box) |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Toyota's previously granted Motion for Entry of a Temporary Restraining Order establishes that Toyota has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Toyota will suffer irreparable harm if the injunction is not granted.

3

Specifically, Toyota has proved a *prima facie* case of trademark infringement because (1) the TOYOTA Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the TOYOTA Trademarks, and (3) Defendants' use of the TOYOTA Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Toyota. Furthermore, Defendants' continued and unauthorized use of the TOYOTA Trademarks irreparably harms Toyota through diminished goodwill and brand confidence, damage to Toyota's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Toyota has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:
    a. using the TOYOTA Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Toyota product or not authorized by Toyota to be sold in connection with the TOYOTA Trademarks;
    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Toyota product or any other product produced by Toyota, that is not Toyota's or not produced under the authorization, control or supervision of Toyota and approved by Toyota for sale under the TOYOTA Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' Unauthorized Toyota Products are those sold under the authorization, control or supervision of Toyota, or are sponsored by, approved by, or otherwise connected with Toyota;

    d. further infringing the TOYOTA Trademarks and damaging Toyota's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Toyota, nor authorized by Toyota to be sold or offered for sale, and which bear any Toyota trademark, including the TOYOTA Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Toyota's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Seller Aliases, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), DHgate.com ("DHgate"), and WhaleCo, Inc. ("Temu") (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Toyota expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their affiliates, officers, agents, servants, employees, attorneys, confederates, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, DHgate, Walmart, Etsy, Temu, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Toyota's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the TOYOTA Trademarks.

4. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, Temu, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto the e-mail addresses identified in Exhibit 3 to the Declaration of Teena Bohi, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Toyota is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

   a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their Online Marketplaces.

        Toyota is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

7. Toyota may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3) and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Teena Bohi and any e-mail addresses provided for Defendants by third parties that includes a link to said website to Defendants. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Schedule A to the Complaint [2], Exhibit 3 to the Declaration of Teena Bohi [15], and the TRO [22] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in accordance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10. The $10,000 bond posted by Toyota shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Date: September 26, 2023

_____
Jeremy C. Daniel
United States District Judge

Toyota Motor Sales, U.S.A., Inc. v. The Partnerships, et al. - Case No. 23-cv-5874

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No. | URL | Name / Seller Alias |
| 1 | youstar.en.alibaba.com | Guangzhou Youstar Technology Co., Ltd. |
| 2 | youtesi.en.alibaba.com | Guangzhou Youtes Electronic Technology Co., Ltd. |
| 3 | coolha.en.alibaba.com | Shenzhen Kuriharden Trading Co., Ltd. |
| 4 | aliexpress.com/store/1101399263 | Kiddo Store |
| 5 | aliexpress.com/store/1102928718 | Shiny Waves Store |
| 6 | aliexpress.com/store/1102579237 | Shop1102579236 Store |
| 7 | amazon.com/sp?seller=A3TGO80UXCLMJV | (7-15) day the arrival |
| 8 | amazon.com/sp?seller=A2SK1RE5OUDZIX | A2SK1RE5OUDZIX |
| 9 | amazon.com/sp?seller=A37CTMC301P3WR | A37CTMC301P3WR |
| 10 | amazon.com/sp?seller=A282DPXWTOA2EN | angzhouqingxin |
| 11 | amazon.com/sp?seller=A1I5B7XQI5T5AZ | Auto Car Store |
| 12 | amazon.com/sp?seller=A3MQHUFVVO26P | BLUECHARM |
| 13 | amazon.com/sp?seller=A31R4P22LMQBT5 | Foshan Zhou Surprise Trading Co. |
| 14 | amazon.com/sp?seller=A1JJFPNL9JJSY2 | gemingweidedianpu |
| 15 | amazon.com/sp?seller=AN8Z4BAD0CW24 | guangzhoushaorangshangmaoyouxiangongsi271 |
| 16 | amazon.com/sp?seller=AVE8X2TQU5P6H | haiyanmaoyi |
| 17 | amazon.com/sp?seller=A1ZPBZZF2CWWHK | huangchaodedianpu12 |
| 18 | amazon.com/sp?seller=A1KSM6GPTAFW8T | HUANGYAN88 |
| 19 | amazon.com/sp?seller=A56G90VOOXUGX | HuJianbft |
| 20 | amazon.com/sp?seller=A17XDE5JMODASD | iSuperguys |
| 21 | amazon.com/sp?seller=A1MCYA5XYUNTXH | JUNYI AUTOPARTS |
| 22 | amazon.com/sp?seller=A2V9SU2EFP7YD3 | MaJher |
| 23 | amazon.com/sp?seller=A24QZJYRLEM0K9 | mingfouqijingpinxiaopu |
| 24 | amazon.com/sp?seller=A3PJAWT9MDUKLA | Qonyv Auto |
| 25 | amazon.com/sp?seller=AIADIIM1JZQ0H | Rarido |
| 26 | amazon.com/sp?seller=AX8DUY4NMX7E1 | RefitEco |
| 27 | amazon.com/sp?seller=A2MKUIX0Z2JATC | shanxizongquanjunyanshangmaoyouxiangongsi |
| 28 | amazon.com/sp?seller=A3KZ37D8O88MOS | Tcuisuy. |
| 29 | amazon.com/sp?seller=A1S21G4M5JQZY | tianrenxindedian |
| 30 | amazon.com/sp?seller=AEEJHMIPY9GRO | WangHaodedian |
| 31 | amazon.com/sp?seller=A16SV5TAFAZ0YR | ZhangWenWenChengDuLu |
| 32 | amazon.com/sp?seller=A3EKQ0WVZ13GVC | zhijiangshizhuotingdianzishangwuyouxiangongsi |
| 33 | dhgate.com/store/21904394 | buydhgate11 Store |

| | | |
|---|---|---|
| 34 | dhgate.com/store/21705694 | dafu01 Store |
| 35 | dhgate.com/store/21874914 | joseph_store Store |
| 36 | dhgate.com/store/21733558 | qiuti18 |
| 37 | DISMISSED | DISMISSED |
| 38 | ebay.com/usr/accoun488 | accoun488 |
| 39 | DISMISSED | DISMISSED |
| 40 | ebay.com/usr/autodream_home | autodream_home |
| 41 | ebay.com/usr/autoli66 | autoli66 |
| 42 | DISMISSED | DISMISSED |
| 43 | ebay.com/usr/businessseller_0 | businessseller_0 |
| 44 | ebay.com/usr/charmingglobal0 | charmingglobal0 |
| 45 | ebay.com/usr/cheech9 | cheech9 |
| 46 | ebay.com/usr/do107222 | do107222 |
| 47 | ebay.com/usr/easy-driv | easy-driv |
| 48 | ebay.com/usr/effort-rageman | effort-rageman |
| 49 | ebay.com/usr/fast-furious | fast-furious |
| 50 | ebay.com/usr/franli-75 | franli-75 |
| 51 | DISMISSED | DISMISSED |
| 52 | ebay.com/usr/gameworldw | gameworldw |
| 53 | ebay.com/usr/haly_auto | haly_auto |
| 54 | ebay.com/usr/hamait-19 | hamait-19 |
| 55 | ebay.com/usr/high-quality-service | high-quality-service |
| 56 | ebay.com/usr/huitengyue-5 | huitengyue-5 |
| 57 | DISMISSED | DISMISSED |
| 58 | DISMISSED | DISMISSED |
| 59 | DISMISSED | DISMISSED |
| 60 | ebay.com/usr/liufei-6583 | liufei-6583 |
| 61 | ebay.com/usr/maijiale | maijiale |
| 62 | ebay.com/usr/nguy8220 | nguy8220 |
| 63 | DISMISSED | DISMISSED |
| 64 | ebay.com/usr/parts-field | parts-field |
| 65 | ebay.com/usr/parts-multi | parts-multi |
| 66 | ebay.com/usr/pengjinzan3 | pengjinzan3 |
| 67 | ebay.com/usr/phuluong_27 | phuluong_27 |
| 68 | ebay.com/usr/pinegateinvestme0 | pinegateinvestme0 |
| 69 | ebay.com/usr/prich-auto | prich-auto |
| 70 | DISMISSED | DISMISSED |
| 71 | ebay.com/usr/r-miraclestore | r-miraclestore |
| 72 | ebay.com/usr/small_target-auto | small_target-auto |
| 73 | ebay.com/usr/springtimeairc-0 | springtimeairc-0 |
| 74 | ebay.com/usr/taihungindustri0 | taihungindustri0 |
| 75 | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 77 | DISMISSED | DISMISSED |
| 78 | DISMISSED | DISMISSED |
| 79 | DISMISSED | DISMISSED |
| 80 | ebay.com/usr/topsa25 | topsa25 |
| 81 | DISMISSED | DISMISSED |
| 82 | ebay.com/usr/wenqiuna-3 | wenqiuna-3 |
| 83 | ebay.com/usr/xuli003 | xuli003 |
| 84 | ebay.com/usr/xuridongsheng | xuridongsheng |
| 85 | ebay.com/usr/xxshch369ok | xxshch369ok |
| 86 | ebay.com/usr/yuchao5_86 | yuchao5_86 |
| 87 | ebay.com/usr/zhengqi828 | zhengqi828 |
| 88 | ebay.com/usr/ziqidonglai | ziqidonglai |
| 89 | temu.com/m-4707304459498.html | Car Emblem |
| 90 | temu.com/m-4926291799074.html | JSDauto |
| 91 | temu.com/m-5227627483780.html | Ok Auto Supplies |
| 92 | temu.com/m-5798577888684.html | OMO car |
| 93 | temu.com/m-871692141107.html | Parity cart |
| 94 | temu.com/m-3618322973465.html | Simon Master |
| 95 | temu.com/m-6315382493458.html | xiangxiangchepin |
| 96 | temu.com/m-634418210847403.html | Zoe car stickers |
| 97 | wish.com/merchant/600be4f29550337d8355d345 | Austin Alumni Association |
| 98 | wish.com/merchant/5dbdef7c29e78659bbad7c14 | Bailamo123 |
| 99 | wish.com/merchant/5f853448291f289910a732b0 | chenqinlin520 |
| 100 | wish.com/merchant/5d3d5910ab0c791fe5a592b7 | chenzhibin1987 |
| 101 | wish.com/merchant/5dc5285a950ccd0300537728 | Filing susunten |
| 102 | wish.com/merchant/5d5fdec640defd028d023a60 | goodfine |
| 103 | wish.com/merchant/646b43a0916a910ce14d4fa7 | HeatherArt |
| 104 | wish.com/merchant/5e60be52cce71224c2138916 | Hoyingya |
| 105 | wish.com/merchant/5da55d840e1e0f783628a081 | IKOHJOLISDH |
| 106 | wish.com/merchant/5d8455fa2888351e9ad95fe1 | jianhuaxie |
| 107 | wish.com/merchant/64193412e7888bf4e4245ea9 | Little sunspot |
| 108 | wish.com/merchant/5d60d679273678644ead6a56 | LLOUYANG |
| 109 | wish.com/merchant/60497b7798858410531eaaac | mayuanyuan1386 |
| 110 | wish.com/merchant/5f70a7ab9da0170a316dc6cb | minghuahm6 |
| 111 | wish.com/merchant/646b3ff1ec82bd66cfacf90a | prettypinkart |
| 112 | wish.com/merchant/589d79fe11660f78a2763e2d | qiuyun |
| 113 | wish.com/merchant/5d3c362683889702820d8d31 | shining952 |
| 114 | wish.com/merchant/5a2fb266a6b65c383ce6756b | SPower accessories |
| 115 | wish.com/merchant/5ab3451a9722334ebc6af4ea | wangwangliang |
| 116 | wish.com/merchant/5d3feece838897467d1449e4 | zhouchuanshe |
| 117 | wish.com/merchant/5e33cfeffbba1f0c1b17b738 | zhuidancuifeng |