**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Plaintiff, <br> v. <br><br> GUANGZHOU YOUSTAR TECHNOLOGY CO., LTD., et al., <br><br> Defendants. | Case No. 23-cv-05874 <br><br> **Judge Jeremy C. Daniel** <br><br> **Magistrate Judge M. David Weisman** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Toyota Motor Sales, U.S.A., Inc. ("Plaintiff" or "Toyota") against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants") based on Plaintiff's action for trademark infringement, counterfeiting, and false designation of origin;

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

1

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and/or from U.S. bank accounts, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "TOYOTA Trademarks") to residents of Illinois. A list of TOYOTA Trademarks is included in the chart below.

| Registration No. | Trademark |
|---|---|
| 1,797,716 | (Toyota logo) |
| 843,138; 1,589,552; 1,721,365; 2,115,623 | TOYOTA |
| 1,262,925 | CAMRY |
| 5,256,854 | C-HR |
| 867,434 | COROLLA |
| 2,249,838 | HIGHLANDER |

| | |
|---|---|
| 2,590,587 | LAND CRUISER |
| 2,485,614 | PRIUS |
| 2,171,261 | RAV4 |
| 1,854,126 | 4RUNNER |
| 2,462,106 | SEQUOIA |
| 2,145,102 | SIENNA |
| 5,932,399 | SUPRA |
| 2,650,486 | TACOMA |
| 3,247,860 | TUNDRA |
| 3,159,930 | YARIS |
| 2,823,668 | TRD |
| 1,574,718; 5,810,473 | LEXUS |
| 1,834,147 | (Lexus logo) |
| 2,852,290 | (Lexus logo) |
| 3,805,350 | (Lexus logo) |
| 5,803,480 | (Lexus logo) |
| 5,868,865 | CRAFTED FOR LEXUS |

| | |
|---|---|
| 6,938,649 |  |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

The Court further orders that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert or participation with them be permanently enjoined and restrained from:

    a. sing the TOYOTA Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Toyota product or not authorized by Toyota to be sold in connection with the TOYOTA Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Toyota product or any other product produced by Toyota, that is not Toyota's or not

      produced under the authorization, control, or supervision of Toyota and approved by Toyota for sale under the TOYOTA Trademarks;

  c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' Unauthorized Toyota Products are those sold under the authorization, control, or supervision of Toyota, or are sponsored by, approved by, or otherwise connected with Toyota;

  d. further infringing the TOYOTA Trademarks and damaging Toyota's goodwill; and

  e. manufacturing, shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Toyota, nor authorized by Toyota to be sold or offered for sale, and which bear any Toyota trademark, including the TOYOTA Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc ("Etsy"), WhaleCo, Inc. ("Temu"), and DHgate.com ("DHgate"), (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the TOYOTA Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of ten thousand dollars ($10,000) for willful use of counterfeit TOYOTA Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces.

4. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, DHgate, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, Temu, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, shall within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to them by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, shall within seven (7) calendar days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Teena Bohi, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Teena Bohi and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

DATED: October 19, 2023

_____
Jeremy C. Daniel
United States District Judge

**Toyota Motor Sales, U.S.A., Inc. v. Guangzhou Youstar Technology Co., Ltd., et al.**

**Case No. 23-cv-5874**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No. | URL | Name / Seller Alias |
| 1 | youstar.en.alibaba.com | Guangzhou Youstar Technology Co., Ltd. |
| 2 | youtesi.en.alibaba.com | Guangzhou Youtes Electronic Technology Co., Ltd. |
| 3 | coolha.en.alibaba.com | Shenzhen Kuriharden Trading Co., Ltd. |
| 4 | aliexpress.com/store/1101399263 | Kiddo Store |
| 5 | aliexpress.com/store/1102928718 | Shiny Waves Store |
| 6 | aliexpress.com/store/1102579237 | Shop1102579236 Store |
| 7 | amazon.com/sp?seller=A3TGO80UXCLMJV | (7-15) day the arrival |
| 8 | amazon.com/sp?seller=A2SK1RE5OUDZIX | A2SK1RE5OUDZIX |
| 9 | amazon.com/sp?seller=A37CTMC301P3WR | A37CTMC301P3WR |
| 10 | amazon.com/sp?seller=A282DPXWTOA2EN | angzhouqingxin |
| 11 | amazon.com/sp?seller=A1I5B7XQI5T5AZ | Auto Car Store |
| 12 | | |
| 13 | amazon.com/sp?seller=A31R4P22LMQBT5 | Foshan Zhou Surprise Trading Co. |
| 14 | amazon.com/sp?seller=A1JJFPNL9JJSY2 | gemingweidedianpu |
| 15 | amazon.com/sp?seller=AN8Z4BAD0CW24 | guangzhoushaorangshangmaoyouxiangongsi271 |
| 16 | amazon.com/sp?seller=AVE8X2TQU5P6H | haiyanmaoyi |
| 17 | DISMISSED | DISMISSED |
| 18 | amazon.com/sp?seller=A1KSM6GPTAFW8T | HUANGYAN88 |
| 19 | amazon.com/sp?seller=A56G90VOOXUGX | HuJianbft |
| 20 | DISMISSED | DISMISSED |
| 21 | amazon.com/sp?seller=A1MCYA5XYUNTXH | JUNYI AUTOPARTS |
| 22 | amazon.com/sp?seller=A2V9SU2EFP7YD3 | MaJher |
| 23 | amazon.com/sp?seller=A24QZJYRLEM0K9 | mingfouqijingpinxiaopu |
| 24 | amazon.com/sp?seller=A3PJAWT9MDUKLA | Qonyv Auto |
| 25 | amazon.com/sp?seller=AIADIIM1JZQ0H | Rarido |
| 26 | amazon.com/sp?seller=AX8DUY4NMX7E1 | RefitEco |
| 27 | amazon.com/sp?seller=A2MKUIX0Z2JATC | shanxizongquanjunyanshangmaoyouxiangongsi |
| 28 | amazon.com/sp?seller=A3KZ37D8O88MOS | Tcuisuy. |
| 29 | amazon.com/sp?seller=A1S21G4M5JQZY | tianrenxindedian |
| 30 | amazon.com/sp?seller=AEEJHMIPY9GRO | WangHaodedian |
| 31 | amazon.com/sp?seller=A16SV5TAFAZ0YR | ZhangWenWenChengDuLu |
| 32 | amazon.com/sp?seller=A3EKQ0WVZ13GVC | zhijiangshizhuotingdianzishangwuyouxiangongsi |
| 33 | dhgate.com/store/21904394 | buydhgate11 Store |

| | | |
|---|---|---|
| 34 | dhgate.com/store/21705694 | dafu01 Store |
| 35 | dhgate.com/store/21874914 | joseph_store Store |
| 36 | dhgate.com/store/21733558 | qiuti18 |
| 37 | DISMISSED | DISMISSED |
| 38 | ebay.com/usr/accoun488 | accoun488 |
| 39 | DISMISSED | DISMISSED |
| 40 | DISMISSED | DISMISSED |
| 41 | ebay.com/usr/autoli66 | autoli66 |
| 42 | DISMISSED | DISMISSED |
| 43 | ebay.com/usr/businessseller_0 | businessseller_0 |
| 44 | ebay.com/usr/charmingglobal0 | charmingglobal0 |
| 45 | ebay.com/usr/cheech9 | cheech9 |
| 46 | ebay.com/usr/do107222 | do107222 |
| 47 | ebay.com/usr/easy-driv | easy-driv |
| 48 | ebay.com/usr/effort-rageman | effort-rageman |
| 49 | ebay.com/usr/fast-furious | fast-furious |
| 50 | ebay.com/usr/franli-75 | franli-75 |
| 51 | DISMISSED | DISMISSED |
| 52 | ebay.com/usr/gameworldw | gameworldw |
| 53 | DISMISSED | DISMISSED |
| 54 | ebay.com/usr/hamait-19 | hamait-19 |
| 55 | ebay.com/usr/high-quality-service | high-quality-service |
| 56 | ebay.com/usr/huitengyue-5 | huitengyue-5 |
| 57 | DISMISSED | DISMISSED |
| 58 | DISMISSED | DISMISSED |
| 59 | DISMISSED | DISMISSED |
| 60 | ebay.com/usr/liufei-6583 | liufei-6583 |
| 61 | ebay.com/usr/maijiale | maijiale |
| 62 | ebay.com/usr/nguy8220 | nguy8220 |
| 63 | DISMISSED | DISMISSED |
| 64 | ebay.com/usr/parts-field | parts-field |
| 65 | DISMISSED | DISMISSED |
| 66 | ebay.com/usr/pengjinzan3 | pengjinzan3 |
| 67 | ebay.com/usr/phuluong_27 | phuluong_27 |
| 68 | ebay.com/usr/pinegateinvestme0 | pinegateinvestme0 |
| 69 | DISMISSED | DISMISSED |
| 70 | DISMISSED | DISMISSED |
| 71 | ebay.com/usr/r-miraclestore | r-miraclestore |
| 72 | DISMISSED | DISMISSED |
| 73 | ebay.com/usr/springtimeairc-0 | springtimeairc-0 |
| 74 | ebay.com/usr/taihungindustri0 | taihungindustri0 |
| 75 | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED |
| 78 | DISMISSED | DISMISSED |
| 79 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 80 | ebay.com/usr/topsa25 | topsa25 |
| 81 | DISMISSED | DISMISSED |
| 82 | ebay.com/usr/wenqiuna-3 | wenqiuna-3 |
| 83 | ebay.com/usr/xuli003 | xuli003 |
| 84 | ebay.com/usr/xuridongsheng | xuridongsheng |
| 85 | ebay.com/usr/xxshch369ok | xxshch369ok |
| 86 | ebay.com/usr/yuchao5_86 | yuchao5_86 |
| 87 | ebay.com/usr/zhengqi828 | zhengqi828 |
| 88 | ebay.com/usr/ziqidonglai | ziqidonglai |
| 89 | temu.com/m-4707304459498.html | Car Emblem |
| 90 | temu.com/m-4926291799074.html | JSDauto |
| 91 | temu.com/m-5227627483780.html | Ok Auto Supplies |
| 92 | temu.com/m-5798577888684.html | OMO car |
| 93 | temu.com/m-871692141107.html | Parity cart |
| 94 | temu.com/m-3618322973465.html | Simon Master |
| 95 | DISMISSED | DISMISSED |
| 96 | temu.com/m-634418210847403.html | Zoe car stickers |
| 97 | wish.com/merchant/600be4f29550337d8355d345 | Austin Alumni Association |
| 98 | wish.com/merchant/5dbdef7c29e78659bbad7c14 | Bailamo123 |
| 99 | wish.com/merchant/5f853448291f289910a732b0 | chenqinlin520 |
| 100 | wish.com/merchant/5d3d5910ab0c791fe5a592b7 | chenzhibin1987 |
| 101 | wish.com/merchant/5dc5285a950ccd0300537728 | Filing susunten |
| 102 | wish.com/merchant/5d5fdec640defd028d023a60 | goodfine |
| 103 | wish.com/merchant/646b43a0916a910ce14d4fa7 | HeatherArt |
| 104 | wish.com/merchant/5e60be52cce71224c2138916 | Hoyingya |
| 105 | wish.com/merchant/5da55d840e1e0f783628a081 | IKOHJOLISDH |
| 106 | wish.com/merchant/5d8455fa2888351e9ad95fe1 | jianhuaxie |
| 107 | wish.com/merchant/64193412e7888bf4e4245ea9 | Little sunspot |
| 108 | wish.com/merchant/5d60d679273678644ead6a56 | LLOUYANG |
| 109 | wish.com/merchant/60497b7798858410531eaaac | mayuanyuan1386 |
| 110 | wish.com/merchant/5f70a7ab9da0170a316dc6cb | minghuahm6 |
| 111 | wish.com/merchant/646b3ff1ec82bd66cfacf90a | prettypinkart |
| 112 | wish.com/merchant/589d79fe11660f78a2763e2d | qiuyun |
| 113 | wish.com/merchant/5d3c362683889702820d8d31 | shining952 |
| 114 | wish.com/merchant/5a2fb266a6b65c383ce6756b | SPower accessories |
| 115 | wish.com/merchant/5ab3451a9722334ebc6af4ea | wangwangliang |
| 116 | wish.com/merchant/5d3feece838897467d1449e4 | zhouchuanshe |
| 117 | wish.com/merchant/5e33cfeffbba1f0c1b17b738 | zhuidancuifeng |